**Jimmy Dean RIOS, through his power of attorney Orus C. BARKER, Plaintiff—Appellant,**

v.

**Paula A. ADKINS, Doctor, Defendant—Appellee,**

and

**First Health Montgomery Memorial Hospital, Defendant.**

No. 04–7121.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 30, 2004.

Decided Dec. 13, 2004.

Jimmy Dean Rios, Appellant pro se. Kari Russwurm Johnson, Cranfill, Sumner & Hartzog, LLP, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Dean Rios appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint under Federal Rule of Civil Procedure 12(b)(6) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Rios v. First Health Montgomery Mem. Hosp.,* No. CA–03–274–1 (M.D.N.C. Mar. 9 & June 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*